**BRUCE MCINTYRE, ESQ.**
401 BROADWAY - SUITE 1503
NEW YORK, NY 10013
(212) 219-3100
FAX: 219-3701

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/07

June 18, 2007

BY HAND

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
LORETTA A. PRESKA
U S DISTRICT JUDGE
S D N Y

Re:  United States v. Pedro Escobedo
     07 Cr. 443 (LAP)

Dear Judge Preska:

This letter is submitted to obtain the Court's permission for the defendant to attend his daughter's graduation in Queens on June 22, 2007. The Government takes no position with respect to this request.

Mr. Escobedo is currently out on a $150,000 personal recognizance bond co-signed by three sureties and secured by $5,000 cash. He is subject to home detention with electronic monitoring and is permitted to go to work, medical and legal appointments, and religious services. His daughter, Lili Tatiana Escobedo, age ten, is graduating from elementary school on June 22, 2007. The ceremony is scheduled to last from 9 a.m. to 1 p.m. and will take place at Newtown High School in Corona, Queens. Lili is expected to receive the award as the Student of the Year.

Accordingly, we request that the Court permit Mr. Escobedo to attend and celebrate his daughter's graduation on June 22nd from 7:30 a.m. to 7 p.m.

Respectfully submitted,

Bruce McIntyre
BRUCE McINTYRE
Attorney for Pedro Escobedo

cc:  AUSA Avi Weitzman (by fax)
     Franco Furelli, Pretrial Services (by fax)

So ordered 6/19/07