USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 4 2008

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                               :
UNITED STATES OF AMERICA       :
                               :
         - v. -                :    INFORMATION
                               :
PEDRO ESCOBEDO,                :    S1 07 Cr. 443 (LAP)
                               :
              Defendant.       :
                               :
- - - - - - - - - - - - - - - x
```

## COUNT ONE

The United States Attorney charges:

1. From at least in or about April 2007, up to and including on or about May 19, 2007, in the Southern District of New York and elsewhere, PEDRO ESCOBEDO, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that PEDRO ESCOBEDO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

<u>Overt Acts</u>

3.  In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.  On two separate occasions in or about April 2007, PEDRO ESCOBEDO, the defendant, picked up vegetable cans believed to contain approximately 6 kilograms of cocaine from a co-conspirator not named as a defendant herein.

b.  On or about May 19, 2007, PEDRO ESCOBEDO, the defendant, traveled to Queens, New York to pick up approximately three kilograms of cocaine.

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

4.  As a result of committing the controlled substance offense alleged in Count One of this Information, PEDRO ESCOBEDO, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information, including but not limited to a sum in United States currency representing the amount of all proceeds obtained

2

as a result of the controlled substance offense alleged in Count One of the Information.

<u>Substitute Asset Provision</u>

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 846 and 853.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**PEDRO ESCOBEDO,**

**Defendant.**

INFORMATION

08 Cr. _____

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2).

MICHAEL J. GARCIA
United States Attorney.