```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                               :
UNITED STATES OF AMERICA       :
                               :
        - v. -                 :        WAIVER OF INDICTMENT
                               :
PEDRO ESCOBEDO,                :        S1 07 Cr. 443 (LAP)
                               :
              Defendant.       :
                               :
- - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 24 2008

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
PEDRO ESCOBEDO

_____
Bruce McIntyre, Esq.
Attorney for Pedro Escobedo

Witness: _____
         Megan Phillips

Date:    New York, New York
         January 24, 2008