**BRUCE MCINTYRE, ESQ.**
401 BROADWAY - SUITE 1503
NEW YORK, NY 10013
(212) 219-3100
FAX: 219-3701

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08
```

April 23, 2008

BY FACSIMILE TRANSMISSION

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
212-805-7941

          Re: <u>United States v. Pedro Escobedo</u>
              07 Cr. 443 (LAP)

Dear Judge Preska:

      This letter is submitted to request an adjournment of the sentencing in the above-referenced case currently scheduled for April 29, 2008. The Government does not object to this request.

      Yesterday, I received the final version of the Presentence Investigation Report. I would like an opportunity to visit my client at the detention facility to review the Report with the aid of an interpreter. Accordingly, I am requesting that the sentencing be adjourned until Tuesday, May 13, 2008, at 10 a.m.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 25, 2008

Respectfully submitted,

/s/ Bruce McIntyre
Bruce McIntyre
Attorney for Pedro Escobedo

cc: AUSA Avi Weitzman