**BRUCE McINTYRE, ESQ.**
401 BROADWAY - SUITE 1503
NEW YORK, NY 10013
(212) 219-3100
FAX: 219-3701

May 11, 2008

BY FACSIMILE TRANSMISSION

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
212-805-7941

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

   Re: United States v. Pedro Escobedo
     07 Cr. 443 (LAP)

Dear Judge Preska:

   This is to request an adjournment of the sentencing in the above-captioned matter from May 13, 2008, to May 19, 2008, at 10 a.m. The Government has consented to this request, and I have discussed the availability of the new date and time with your Court staff.

*So ordered*
*Loretta A. Preska*
*USDJ*
*May 12, 2008*

Respectfully submitted,

Bruce McIntyre
BRUCE McINTYRE
Attorney for Pedro Escobedo

cc: AUSA Avi Weitzman